HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BURT DANIELS,

    Plaintiff,

v.

ALINA SHAW,

    Defendant.

CASE NO. C18-5101RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation Dkt. [43].

1. The Report and Recommendation is **ADOPTED;**
2. Plaintiff Daniels' Motion for Summary Judgment Dkt. [23] is **DENIED**;
3. Defendant Shaw's Motion for Summary Judgment Dkt. [32] is **GRANTED** and Daniels' claims against her are **DISMISSED** with prejudice;
4. If he appeals, Daniels' *in forma pauperis* status **WILL** continue;
5. The Clerk shall send copies of this Order to the Follis's last known address and to Magistrate Judge Fricke.

ORDER - 1

IT IS SO ORDERED.

Dated this 19th day of September, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER - 2